Neil B. Klein, SBN 142734
Maria del Rocio Ashby, SBN 206282
neilk@mckassonklein.com
mrashby@mckassonklein.com
McKASSON & KLEIN LLP
18401 Von Karman Ave., Suite 330
Irvine, CA 92612
Phone: (949) 724-0200
Fax: (949) 724-0201

J. Stephen Simms (*pro hac vice* pending)
jssimms@simmsshowers.com
Simms Showers LLP
201 International Circle
Baltimore, Maryland 21030
Phone: (443) 290-8704
Fax: (410) 510-1789

Attorneys for Plaintiff Host Agency, LLC

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| Host Agency, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>Crnogorska Plovidba A.D. Kotor,<br><br>   Defendant,<br><br>and<br><br>Trithorn Bulk A/S,<br><br>   Garnishee. | Case No. 2:25-cv-02105-DC-JDP<br><br>IN ADMIRALTY, Fed. R. Civ. P. 9(h)<br><br>**PLAINTIFFS RESPONSE TO COURTROOM DEPUTY'S MINUTE ORDER (Dkt. 12) AND FURTHER REQUEST TO ISSUE MARITIME GARNISHMENT WRIT AND ASSOCIATED ORDERS** |

Response to Courtroom Deputy's Minute (Dkt. 12) that
Garnishee Trithorn Bulk has an Agent in the Eastern District of
California for Service of Rule B Process of Maritime Attachment and
Garnishment and that Garnishee owes Funds to Defendant      Page 1

Plaintiff Host Agency, LLC, ("Host") replies as follows to the Courtroom Deputy's Minute Order of this date ( Dkt. 12).

## Garnishee Has An Agent in this District

Garnishee Trithorn Bulk A/S has an agent in the Eastern District of California to receive service of the Rule B Process of Maritime Attachment and Garnishment, namely:

:



**Diego Garat**
Senior Chartering
Manager - Director U.S.A
+45 4422 7516
+1 916 792 3809

See pertinent pages from Trithorn Bulk website (**Exhibit A hereto** – and at https://www.trithornbulk.com/usa/  Mr. Garat lives in this District:

DIEGO H GARAT
1348 SOUZA DR
EL DORADO HILLS, CA 95762-7561 | EL DORADO COUNTY

## Garnishee Owes Funds to Defendant

As confirmed by **Exhibit A hereto**, Trithorn Bulk charters ocean vessels.

The Verified Complaint confirms:

Response to Courtroom Deputy's Minute (Dkt. 12) that
Garnishee Trithorn Bulk has an Agent in the Eastern District of
California for Service of Rule B Process of Maritime Attachment and
Garnishment and that Garnishee owes Funds to Defendant          Page 2

## Specific Allegations – Garnishee Trithorn

12. On information and belief, Kotor chartered the M/V KOTOR to Garnishee Trithorn and M/V KOTOR remains under charter to Trithorn. Host reasonably believes charter hire payments are due to Kotor from Trithorn.

Chartering of ocean vessels is not generally publicly reported. Plaintiff has learned that Trithorn is the head charterer of the Vessel, which means, that Trithorn in normal practice will be paying charter hire (rent) to the defendant M/V KOTOR owner, as also set out in the Verified Complaint, Crnogorska Plovidba A.D. Kotor.

The accounts which garnishee Trithorn owes Defendant are subject to garnishment in this District, because Trithorn's agent, Mr. Garat, is resident in this District and Trithorn therefore is present in this District for the purpose of service of the Rule B maritime garnishment and attachment writ. As the Court writes in *Australasia Charterers Ltd. v. Worldwide Bulk Shipping Pte Ltd.*, No. C21-98 RSM, 2021 WL 859096, at *2 (W.D. Wash. Mar. 8, 2021):

> The Court holds some trepidation as to whether process can be served upon such an agent and whether Worldwide Logistics' accounts can truly be said to exist within the District. However, the Court notes that its authorization of process under Rule B does not extend to such inquiries and that those issues may be properly addressed in the context of a possible motion to vacate attachment under Rule E(4)(f) or an action for wrongful attachment. Further,

Response to Courtroom Deputy's Minute (Dkt. 12) that
Garnishee Trithorn Bulk has an Agent in the Eastern District of
California for Service of Rule B Process of Maritime Attachment and
Garnishment and that Garnishee owes Funds to Defendant          Page 3

Plaintiff is specifically not required to specify all possible garnishees in seeking authorization for issuance of process. Rule B(1)(a)–(b) (judicial review authorizes issuance of process of attachment and garnishment and thereafter clerk may issue supplemental process as to other of defendant's property within the district).

The plaintiff also had alleged that Cargill, a second garnishee, was alleged – in addition to having an agent in the District – also – property in the District: "Accordingly, the Court relies primarily on Plaintiff's more straight-forward allegations establishing that Cargill plausibly possesses accounts owing to Defendant within this District." *Id.* But, the Court then ordered issue of all of the requested writs:

2. The Clerk of this Court is AUTHORIZED to issue Process of Maritime Attachment and Garnishment against all assets, bunkers, cash, funds, credits, wire transfers, accounts, letters of credit, electronic fund transfers, freights, sub-freights, charter hire, sub-charter hire, or any other tangible and/or intangible assets belonging to, due, claimed by, being held for or on behalf of, or being transferred for the benefit of Defendant, including, but not limited to any such assets as may be in the possession, custody or control of, or being transferred through any garnishee within this District, including, without limitation, assets held by or at Garnishees, said Order being equally applicable with respect to the issuance and service of additional Writs of Maritime Attachment and Garnishment upon any garnishees in this district not named herein, in an amount up to and including the amount prayed for in the First Amended Verified Complaint and any amendment thereto, pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

*Id.*

Response to Courtroom Deputy's Minute (Dkt. 12) that
Garnishee Trithorn Bulk has an Agent in the Eastern District of
California for Service of Rule B Process of Maritime Attachment and
Garnishment and that Garnishee owes Funds to Defendant          Page 4

The Court in *Denali Shipping, L.P. v. Van Oil Petroleum Ltd*., 427 F.

Supp. 3d 279, 283 (D. Conn. 2019), *citing  DS-Rendite Fonds Nr. 108*

*VLCC Ashna GMBH & Co. Tankschiff KG v. Essar Capital Americas Inc*.,

882 F.3d 44, 48 (2d Cir. 2018) explains that:

> [i]n order to render the garnishee's possession of identifiable
> property of the defendant plausible, the facts alleged must provide
> sufficient specificity either as to the nature of the business
> relationship between the garnishee(s) and the defendant and/or the
> nature of the defendant's property subject to the attachment.

The Verified Complaint meets this standard.  It specifies both the

Garnishee's  business relationship with the Defendant and the nature of

defendant's property – namely, accounts payable – charter hire/rent –

subject to the attachment.

In *Isthmian Lines, Inc. v. Canadian Stevedoring Co*., 216 F. Supp. 856,

859 (D. Or. 1963), the U.S. District Court for the District of Oregon

confirmed that Rule B maritime garnishment writs, issued and served in

the District,  effectively garnished accounts that a Delaware corporation,

and a Nevada corporation, owed to a Canadian corporation.

Because both the Delaware and Nevada corporations had agents and

did business in Oregon (as Trithorn does through its agent Mr. Garat in

this District), within the personal jurisdiction of the Court, the accounts

owing from those outside-of-the-District entities were present in the

Response to Courtroom Deputy's Minute (Dkt. 12) that
Garnishee Trithorn Bulk has an Agent in the Eastern District of
California for Service of Rule B Process of Maritime Attachment and
Garnishment and that Garnishee owes Funds to Defendant            Page 5

District.  The Court wrote as follows:

> The opinion in *Harris v. Balk*, 198 U.S. 215, 222, 25 S.Ct. 625, 49
> L.Ed. 1023 (1905), tells us:

> 'If there be a law of the State providing for the attachment of the
> debt, then if the garnishee be found in that State, and process be
> personally served upon him therein, we think the court thereby
> acquires jurisdiction over him, and can garnish the debt due from
> him to the debtor of the plaintiff and condemn it, provided the
> garnishee could himself be sued by his creditor in that State.  We
> do not see how the question of jurisdiction *vel non* can properly be
> made to depend upon the so-called original situs of the debt, or
> upon the character of the stay of the garnishee, whether temporary
> or permanent, in the State where the attachment is issued. **Power
> over the person of the garnishee confers jurisdiction on the
> courts of the State where the writ issues**.'

(Emphasis added); *accord*, *Boland Marine & Indus., LLC v. Bouchard
Transportation Co.*, No. 1:20-CV-66-LY-ML, 2020 WL 10051743 (W.D.
Tex. Feb. 28, 2020), *report and recommendation adopted sub nom.*
*Boland Marine & Indus. v. Bouchard Transportation Co.*, No. 1:20-CV-66-
LY, 2020 WL 10051738 (W.D. Tex. Mar. 26, 2020); *Day v. Temple
Drilling Co.*, 613 F.Supp. 194, 196 (S.D. Miss. 1985) ("Although no cases
have been found considering the situs of the debt in *quasi in rem*
admiralty actions, this Court is persuaded by the decision of the Fifth
Circuit in *Belcher Company of Alabama, Inc. v. M/V Maratha Marine*r, 724
F.2d 1161 (5th Cir. 1984) such that if the court has jurisdiction over the

Response to Courtroom Deputy's Minute (Dkt. 12) that
Garnishee Trithorn Bulk has an Agent in the Eastern District of
California for Service of Rule B Process of Maritime Attachment and
Garnishment and that Garnishee owes Funds to Defendant                    Page 6

garnishee/defendant, it has jurisdiction over the 'res.' "); *Engineering Equipment Co. v. S.S. Selene*, 446 F.Supp. 706, 708–09 (S.D.N.Y. 1978) ("Since the Holt defendants (the garnishees) are subject to our *in personam* jurisdiction, the debts are deemed to have their situs within the district.").

Based on the above, Host respectfully requests that the Court issue the requested writ to Garnishee Trithorn, and associated orders.

Date: July 30, 2025.

Respectfully submitted,


 *Neil B. Klein*
Neil B. Klein
Maria del Rocio Ashby
MCKASSON & KLEIN LLP


/s/ J. Stephen Simms
J. Stephen Simms (*pro hac vice* pending)
Simms Showers LLP

Attorneys for Plaintiff Host Agency, LLC

Response to Courtroom Deputy's Minute (Dkt. 12) that
Garnishee Trithorn Bulk has an Agent in the Eastern District of
California for Service of Rule B Process of Maritime Attachment and
Garnishment and that Garnishee owes Funds to Defendant          Page 7

**EXHIBIT A**





# U.S.A

El Dorado Hills
California

**VIEW ON GOOGLE MAPS**

## CHARTERING

cht@trithornbulk.com





## Diego Garat

Senior Chartering

Manager – Director U.S.A

+45 4422 7516

+1 916 792 3809

WORLD WIDE

## OUR OFFICES

DENMARK



**Company Info:**

TRITHORN BULK A/S

Nyhavn 47

DK-1051 Copenhagen

VAT/GST: DK37904589

**P&I Club:**

The West of England

One Creechurch Place, Creechurch Lane

London EC3A 5AF

United Kingdom

www.westpandi.com

**Follow us**

f     in     ⊙

Design & Conception Inventaire







CARRYING ON,
CARRYING ALL

# ABOUT TRITHORNBULK

Primarily active in the handy-supra segments, performing on average 300-350 voyages each year.

We add value for all parties involved, consistently providing an excellent service. We are a privately held company, which brings about a high level of flexibility and readiness, as well as financial and operational strength – enabling us to deliver on this promise.

We have many years of experience from the dry bulk market and thus a strong international network with close and enduring partnerships. We possess a deep know-how and strive to maintain a strong competitive edge.

Our passion is shipping, trading and, ultimately, satisfying our clients – we go to great lengths to achieve this goal. We define 'risk' everyday, in every decision, never taking a position we cannot back.

We have commercial offices in five key areas, Denmark, Norway, Switzerland, U.S and Chile and are thereby close to clients and business partners.

## SOCIAL MEDIA

# #TRITHORNBULK

By joining us on our different channels you will be updated on our daily activities wolrdwide. We share our insights, latest stories, our various projects and in general the many news across our company and from the world of shipping.

**Find us by searching TRITHORN BULK.**





**WHO ARE US**

# BEHIND TRITHORNBULK

TRITHORN BULK is established by the three Managing Directors; René Mikkelsen, Marc Slinger and Uffe Hansen.

Both René, Marc and Uffe have a long history of working together and, moreover, share a strong bond brought about their shared past and upbringing in Northern Jutland – the most northern part of Denmark which is surrounded by the sea and especially known for its beautiful and characteristic nature.

The North Jutlandic values of being down to earth, straight forward, resolute and keeping ones promise are deeply embedded in all of them. These values permeate down through the organization and are an inherent part of how we do business in TRITHORN BULK.

WHERE ARE WE

# WORLD WIDE

We have offices Denmark, Norway, Greece, Switzerland, U.S and Chile

OUR OFFICES



**Company Info:**

TRITHORN BULK A/S

Nyhavn 47

DK-1051 Copenhagen

VAT/GST: DK37904589

**P&I Club:**

The West of England

One Creechurch Place, Creechurch Lane

London EC3A 5AF

United Kingdom

www.westpandi.com

**Follow us**

f     in     instagram

Design & Conception Inventaire